---
Supreme Court—Bell v. Scott.
---

JOSEPH BELL, RELATOR, v. JOHN G. SCOTT, BUILDING INSPECTOR OF THE CITY OF EAST ORANGE, AND THE CITY OF EAST ORANGE, RESPONDENTS.

Submitted May 15, 1926—Decided November 6, 1926.

### Zoning—Case Within Ignaciunas v. Risley.

On demurrer to return to an alternative writ of *mandamus*.

Before GUMMERE, CHIEF JUSTICE, and Justices TRENCHARD and MINTURN.

For the relator, *Benjamin Newman*.

For the respondents, *Walter C. Ellis*.

PER CURIAM.

This is a zoning case. There was an alternative writ, a return thereto, a demurrer to the return, and a stipulation as to the facts.

The relator sought a permit for the erection of a building containing three commercial stores on the first floor and two living apartments on the second floor, on land owned by him at the corner of William and North Fifteenth streets, in the city of East Orange. The permit was refused because the land in question was zoned as a "medium volume residence district" in which commercial store buildings were prohibited.

We think this case is controlled by the decision n *Ignaciunas* v. *Risley*, 98 *N. J. L.* 712; *affirmed*, 99 *Id.* 389. The relator is entitled to judgment, and a peremptory writ of *mandamus* will issue.